IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY RAY HARRIS,
          Plaintiff,
    v.                                        **Judgment in a Civil Case**
COUNTY OF WAKE; UNKNOWN
WORKER; SHERIFF OF WAKE COUNTY;
and MRS. SCOTT,
          Defendants.                    Case Number: 5:11-CT-3044-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for failure to respond to this court's order.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on March 15, 2012, with service on:
Anthony Ray Harris 0169006, Wake Correctional Center, 1000 Rock Quarry Road, Raleigh, NC 27610 (via U.S. Mail)

  March 15, 2012                                     /s/ Julie A. Richards
                                                                   Clerk